# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Salil Prasan Manilal                                          Bankruptcy Case No.: 20−11393−scc

ICICI Bank UK PLC Antwerp Branch

                                          Plaintiff(s),

−against−                                                                           Adversary Proceeding No. 20−01191−scc

Salil Manilal

                                          Defendant(s)

## NOTICE OF PRE−TRIAL CONFERENCE FOR A REMOVED MATTER

On June 24, 2020, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre−trial conference for this adversary proceeding will be held on 8/20/20 at 02:00 PM in Courtroom Courtroom 623 (SCC), One Bowling Green, New York, NY 10004−1408.

Dated: June 25, 2020                                                    /s/ Vito Genna

                                                                             *Clerk of the Court*